

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN HANSON,

    Plaintiff,

v.

OSI RESTAURANT PARTNERS, INC., OUTBACK STEAKHOUSE OF FLORIDA, INC., and DOES 1-10, inclusive,

    Defendants.

No. C 06-06727 JSW

**ORDER DENYING MOTION TO DISMISS AND REQUIRING PLAINTIFF TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

    In an order dated December 12, 2006, this Court set a briefing schedule on Defendants' motion to dismiss for failure to state a claim. The Court ordered that Plaintiff's opposition brief was due no later than January 5, 2007. The Court instructed Plaintiff that she had an obligation to file an opposition to Defendants' motion by this deadline and failure to do so might have resulted in the dismissal of the complaint.

    A motion to dismiss is proper under Rule 12(b)(6) where the pleadings fail to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). A motion to dismiss should not be granted unless it appears beyond a doubt that a plaintiff can show no set of facts supporting his or her claim. *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957); *see also De La Cruz v. Tormey*, 582 F.2d 45, 48 (9th Cir. 1978). Federal Rule of Civil Procedure 8(a) requires a plaintiff to set forth "a short and plain statement of the claim showing that the pleader is entitled to relief." "Each averment of a pleading shall be simple, concise and direct. No technical forms of pleading or motions are required." Fed. R. Civ. P. 8(e). Thus, a plaintiff need not "set out in detail the facts upon which he bases his claim. To the contrary, all the Rules require is 'a short

and plain statement of the claim' that will give the defendant fair notice of what the plaintiff's claim is and the grounds on which it rests." *Conley*, 355 U.S. at 47.

Under these standards, the Court finds Defendants' motion to dismiss not to be well-taken and DENIES it on the merits. The complaint sets forth a short and plain set of facts giving rise to the stated claims and there is no indication that Plaintiff will not be able to demonstrate a set of facts supporting her claims. The hearing date on the motion of February 16, 2007 at 9:00 a.m. is HEREBY VACATED.

However, Plaintiff, appearing pro se, failed to file an opposition to Defendants' motion. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing to this Court and served on Defendants no later than **February 16, 2007**, as to why this case should not be dismissed for failure to prosecute. Failure to respond to this Order **shall result in dismissal** of this matter without prejudice.

**IT IS SO ORDERED.**

Dated: JAN 2 2 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN HANSON,

        Plaintiff,

v.

OSI RESTAURANT PARTNERS INC. et al,

        Defendant.

Case Number: CV06-06727 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christine Lee
Eugene Burton Elliot
Bertrand, Fox, Elliot & Colwell
2749 Hyde Street
San Francisco, CA 94109

Kathleen Hanson
P.O. Box 544
San Lorenzo, CA 94580

Dated: January 22, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk