IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN HANSON, | |
| Plaintiff, | No. C 06-06727 JSW |
| v. | |
| OSI RESTAURANT PARTNERS, INC., OUTBACK STEAKHOUSE OF FLORIDA, INC., and DOES 1-10, inclusive, | **ORDER OF DISMISSAL** |
| Defendants. | |

In an order dated December 12, 2006, this Court set a briefing schedule on Defendants' motion to dismiss for failure to state a claim. The Court ordered that Plaintiff's opposition brief was due no later than January 5, 2007. The Court instructed Plaintiff that she had an obligation to file an opposition to Defendants' motion by this deadline and failure to do so might have resulted in the dismissal of the complaint.

In an order dated January 22, 2007, this Court denied Defendants' motion to dismiss and required Plaintiff to show cause why the case should not be dismissed for failure to prosecute. The order explicitly stated that failure to show cause by no later than February 16, 2007 as to why the case should not be dismissed for failure to prosecute "shall result in dismissal of this matter without prejudice." (Order dated January 22, 2007 at 2.) On March 29, 2007, Defendants filed their second motion to dismiss, setting the hearing on May 4, 2007 and citing Plaintiff's failure to prosecute and repeated failure to comply with her discovery obligations. Opposition to the pending motion to dismiss was due to be filed and served by Plaintiff no later than April 13, 2007. *See* Civ. L.R. 7-3.

1  By virtue of Plaintiff's failure to comply with this Court's order directing her to show
2 cause why the case should not be dismissed for failure to prosecute by no later than February
3 16, 2007 and Plaintiff's failure to oppose Defendants' pending motion to dismiss setting out her
4 repeated failure to prosecute her case, this Court DISMISSES the matter without prejudice.

**IT IS SO ORDERED.**

Dated: April 20, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE